UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NO.                                                                                          DIV. " "

PANAGIOTIS I. KONDYLIS

VERSUS

SAMUEL GEBBIA, LOUIS DABDOUB, SR., JEFFERY BOEHM, MARLIN PEACHEY, SHERIFF RODNEY "JACK" STRAIN" INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. TAMMANY AND WALTER REED, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF THE PARISH OF ST. TAMMANY

FILED:_____          _____
                                                                   DEPUTY CLERK

## COMPLAINT FOR DAMAGES

**NOW INTO COURT** through undersigned counsel comes the plaintiff, Panagiotis I. Kondylis, a person of full legal age of majority and a citizen of the State of Louisiana residing within the jurisdiction of this Honorable Court, who with respect represents the following:

I.

Made defendants herein are:

a.) **Samuel Gebbia**, on information and belief, a person of full legal age of majority and a citizen of the State of Louisiana residing within the jurisdiction of this Honorable Court and at all pertinent times hereto an employee of the District Attorney for the Parish of St. Tammany and acting under the color of law.

b) **Louis Dabdoub, Sr.**, on information and belief, a person of full legal age of majority and a citizen of the State of Louisiana residing within the jurisdiction of this Honorable Court and at all pertinent times hereto an employee of the District Attorney for the Parish of St. Tammany and

acting under the color of law.

c) **Jeffery Boehm**, on information and belief, a person of full legal age of majority and a citizen of the State of Louisiana residing within the jurisdiction of this Honorable Court and at all pertinent times hereto an employee of the District Attorney for the Parish of St. Tammany and acting under the color of law.

d) **Marlin Peachey**, on information and belief, a person of full legal age of majority and a citizen of the State of Louisiana residing within the jurisdiction of this Honorable Court and at all pertinent times hereto an employee of the Sheriff of St Tammany and acting under the color of law.

e) **Rodney "Jack" Strain**, individually and in his official capacity as Sheriff of the Parish of St. Tammany, on information and belief residing within the jurisdiction of this Honorable Court and at all pertinent times acting under color of law;

f) **Walter Reed,** individually and in his official capacity as District Attorney for the Parish of St. Tammany on information and belief a person of full legal age of majority and a citizen of the State of Louisiana residing within the jurisdiction of this Honorable Court and at all pertinent times hereto acting under color of law.

II.

This court has jurisdiction of this matter pursuant to 28 USC 1331 as plaintiff herein brings this action for violation for Civil Rights pursuant to 42 USC 1981 et seq, and specifically 1983, 1985 (3) 1986 and 1988 for deprivation of Civil Rights, conspiracy to interfere with Civil Rights, failing to act to prevent the deprivation of Civil Rights and for reasonable attorney fees for the willful denial of equal rights and due process all as set forth by Amendments, 4,5,6,8, and 14 of the Constitution of the United States of America.

III.

On or about August 17, 2003, plaintiff, Panagiotis I. Kondylis was arrested by defendants, Samuel Gebbia, Louis Dabdoub, Sr. and Jeffery Boehm, all of whom were acting in the course and scope of their employment with the defendant Walter Reed, District Attorney for the Parish of St. Tammany and/or pursuant to the authority granted by Rodney "Jack" Strain, in his official capacity as Sheriff of St. Tammany and under color of law. The arrest and accompanying search and seizure violated plaintiff's rights under the Fourth (4th), Fifth (5th), Sixth (6th), Eight (8th) and Fourteenth (14th) Amendments as it constituted an unreasonable search and seizure, denial of due process and certain procedural rights and resulted in cruel and unusual punishment and injury to the plaintiff.

IV.

Thereafter, the plaintiff was placed in the custody of Marlin Peachey, warden of the St. Tammany Parish Correctional Center and, on information and belief an employee acting within the course and scope of his employment with Rodney "Jack" Strain, Sheriff of the Parish of St. Tammany and under color of law. Plaintiff's incarceration violated his constitutional rights to be free of cruel and unusual punishment and these violations continued for approximately one hundred (100) days until some time in December 2003.

V.

The defendants acting under color of law, have denied the plaintiff due process and equal protection, failed to inform him of the charges against him in an adequate way, have inflicted cruel and unusual punishment by the nature of his incarceration and said violations have been egregious so as to justify imposition of exemplary and punitive damages to the extent allowed by law.

VI.

At all pertinent times hereto the defendants, Gebbia, Dabdoub, Boehm, and Peachey were acting within the course and scope of their employment and or authority granted to them by the defendant, Walter Reed and/or Rodney "Jack" Strain and such were acting under color of law.

VII.

The defendant, Rodney "Jack" Strain as employer and/or having commissioned the defendants Gebbia, Dabdoub, Boehm and Peachey, is vicariously liable for the actions of those defendants complained of herein.

VIII.

Additionally, defendant, Strain, has failed to properly train, instruct and/or supervise those individuals he has employed or otherwise commissioned so that those individuals would not act in violation of citizens civil rights or cause harm to citizens.

IX.

The defendant, Walter Reed, as District Attorney for the Parish of St. Tamnnay was the employer of the defendants Gebbia, Dabdoub, Boehm and as such is vicariously liable for the acts of these defendants. Additionally, defendant, Walter Reed failed to properly instruct, supervise and train these employees in the proper exercise of their duties so as to assure that they would not violate the civil rights of citizens or cause harm to citizens.

X.

Additionally, it is alleged that defendants, Gebbia, Dabdoub, Boehm and Peachey, both negligently and intentionally inflicted injury upon the person of plaintiff, causing him damages in the nature of mental and physical pain and suffering, (past and future), loss of wages and impairment of earning capacity, (past and future), medical expenses, (past and future), permanent

disability and loss of enjoyment of life all of which he is entitled to sue and recover for pursuant to the statutes above enumerated.

XI.

Additionally, plaintiff alleges that the actions of defendants herein were negligent and/or intentional. Plaintiff makes claim against all defendants, pursuant to Louisiana Civil Code Articles 2315 et seq. for the acts of omission and co-mission. Plaintiff further alleges that the defendants, Reed and Strain are vicariously liable as the employer of the defendants for the violation of the State Civil Code Article cited above and are therefore vicariously liable pursuant to the doctrine of *respondeat superior*.

**WHEREFORE**, Plaintiff prays that after due proceedings be had there be judgment in his favor and against the defendants in amount reasonable in the premises and together with legal interest thereof from date of judicial demand , all costs and disbursement of these proceedings, attorney fees, punitive and exemplary damages, and for trial by jury.

Respectfully submitted:

Kevin A. Rieth (LSBA#17115)
4224 Canal Street
New Orleans, La 70119
Telephone:(504) 586-0064
Fax: (504) 483-8240
Attorney for Plaintiff