**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**PANGIOTIS I. KONDYLIS**                                          **CIVIL ACTION**


**VERSUS**                                                              **NO.  04-2351**


**SAMUEL GEBBIA, ET AL.**                                          **SEC. B(1)**


The Court has been advised that the underlying criminal claims giving rise to this civil action are scheduled to be decided in state court the week of February 13, 2006.  Pending resolution of the underlying criminal claims,

**IT IS ORDERED** that the captioned action shall be administratively closed, for statistical purposes only, without prejudice to the parties' right to reopen the case.

**IT IS FURTHER ORDERED** that if there are claims that are not resolved by the state proceedings, the parties shall move to reopen this matter **WITHIN 30 DAYS OF A FINAL DECISION IN THE STATE MATTER**.

New Orleans, Louisiana, this 20<u>th</u> day of <u>January, 2006</u>.


_____
UNITED STATES DISTRICT JUDGE